IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20917
Summary Calendar
_____

JUAN JORGE SANCHEZ,

                              Plaintiff-Appellant,

versus

ROY PUTSKA; MICHAEL A. BLUMBERG;
JOHNNY SOWELL,

                              Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-3970
- - - - - - - - - - -

March 1, 1996
Before WIENER, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Juan Jorge Sanchez appeals from a judgment dismissing his

civil rights action as frivolous pursuant to 28 U.S.C. § 1915(d).

He argues that prison officials were deliberately indifferent to

conditions in the fields affecting his health and safety and to

his serious medical needs in violation of the Eighth Amendment.

We have reviewed the record and find no error in the district

court's order of dismissal.  We do not review issues that the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

district court properly refused to consider.  See Southern Constr. Group, Inc. v. Dynalectric Co., 2 F.3d 606, 611-12 (5th Cir. 1993); Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.